UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

 

08 CRIM 228

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :      INDICTMENT

    -v.-                              :

RAMON TEJEDA-REYNOSO,                    :
    a/k/a "Ramos Antonio Altagracia
    Tejada-Reynoso,"                     :

               Defendant.        :

- - - - - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAR 14 2008

COUNT ONE

The Grand Jury charges:

In or about January 2008, in the Southern District of New York, RAMON TEJEDA-REYNOSO, a/k/a "Ramos Antonio Altagracia Tejada-Reynoso," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been removed from the United States, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about May 2, 1991, in the United States District Court for the Western District of Virginia, for conspiracy to possess with the intent to distribute and to distribute cocaine, in violation of Title 21, United States Code, Section 846, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____                    _____
FOREPERSON                                 MICHAEL J. GARCIA
                                           United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAMON TEJEDA-REYNOSO,
a/k/a "Ramos Antonio Altagracia
Tejada-Reynoso,"

Defendant.

INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

3/14/08 Filed Indictment. Case assigned to J. Griesa

Pitman
USMJ