UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :   ORDER

              -v-                 :   08 Cr. 228 (TPG)

RAMON TEJEDA-REYNOSO              :
   a/k/a ""Ramos Antonio Altagracia
   Tejada-Reynoso,"                :
              Defendant.
                                  :
- - - - - - - - - - - - - - - - -X

It is hereby ORDERED that the pretrial conference in this case is continued from April 15, 2008 to April 24, 2008.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue ongoing plea discussions. Accordingly, it is further ORDERED that the time between April 15, 2008 and April 24, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:  New York, New York
        April 24, 2008

                                  /s/ Thomas P. Griesa
                                  _____
                                  THOMAS P. GRIESA
                                  UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08